# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JOHN DOE #1, ET AL. | CIVIL ACTION NO. 17-1050 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CONRAD INDUSTRIES, INC. | MAG. JUDGE CAROL B. WHITEHURST |

## **JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 14] filed by Defendant is DENIED.

MONROE, LOUISIANA, this 8th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE