UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Doe #1 et al | Case No. 6:17-cv-01050 |
| Versus | Judge Michael J Juneau |
| Conrad Industries Inc | Magistrate Judge Carol B Whitehurst |

## JUDGMENT OF DISMISSAL

The parties having notified the Court that they have reached an amicable resolution in this case,

**IT IS ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty (60) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under <u>Kokkonen v. Guardian Life</u>, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of August, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE